# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF UTAH

| | | |
|---|---|---|
| ROBERT BERG, Individually and On Behalf of All Others Similarly Situated, | ) ) ) | |
| Plaintiff, | ) ) | Case No.  2:17-cv-00830-DS |
| v. | ) ) ) | |
| NUTRACEUTICAL INTERNATIONAL CORPORATION, J. KIMO ESPLIN, JAMES D. STICE, MICHAEL D. BURKE, FRANK W. GAY II, JEFFREY A. HINRICHS, HGGC, LLC, NUTRITION PARENT LLC, and NUTRITION SUB, INC., | ) ) ) ) ) ) ) ) | |
| Defendants. | ) | |

## PLAINTIFF'S NOTICE OF VOLUNTARY DISMISSAL

PLEASE TAKE NOTICE that, pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i), plaintiff hereby voluntarily dismisses the above-captioned action (the "Action") without prejudice.  Defendants have filed neither an answer nor a motion for summary judgment in the Action.

Dated:  September 14, 2017

**ABBOTT LAW FIRM**

By:     */s/ Nelson Abbott*
        Nelson Abbott
        3651 North 100 East, Suite 350
        Provo, UT 84604
        (801) 374-3000

        *Attorneys for Plaintiff*

**OF COUNSEL:**

**RIGRODSKY & LONG, P.A.**
Brian D. Long
Gina M. Serra
2 Righter Parkway, Suite 120
Wilmington, DE 19803
(302) 295-5310

**RM LAW, P.C.**
1055 Westlakes Drive, Suite 300
Berwyn, PA 19312
(484) 324-6800